UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal Action No. 08-cr-30021-IT-1 |
| v. | * | |
| | * | |
| | * | |
| DAVID MARRERO | * | |

MEMORANDUM & ORDER

December 17, 2021

On December 10, 2021, Defendant David Marrero appeared before the court for a final revocation hearing where he admitted to the facts and violations set forth in the original Petition for Warrant/Summons [#131] and Amended Petitions [#134], [#143]. Defendant agreed with the government and probation to jointly recommend additional conditions. The court finds that Defendant has violated his conditions of supervised release including unlawful use of a controlled substance, that due to the inherent challenges in transitioning into the community after a lengthy term of incarceration, Defendant requires, and has requested, additional support, and that the availability of appropriate substance abuse treatment programs warrants an exception under 18 U.S.C. § 3583(d) to mandatory revocation required on under 18 U.S.C. § 3583. Accordingly, Defendant shall remain on supervised release under the current term set to expire on February 17, 2027, but subject to the following additional conditions: Defendant is ordered (1) to participate in an intensive outpatient drug treatment program; (2) to submit to a mental health evaluation; and (3) to engage in mental health treatment as directed by probation, including continued participation in individual counseling. All other conditions set forth in the Judgment [#57] remain in effect.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge