UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Crim. No. 3:08-CR-30021-IT-1 |
| | * |
| DAVID MARRERO, | * |
| | * |
| Defendant. | * |

ORDER

TALWANI, D.J.

David Marrero has moved for early termination of his supervised release in the above-referenced matter. [Doc. No. 183]. The government supports the Motion. The United States Probation Office does not oppose the relief.

Title 18, Section 3583 of the United States Code empowers this court to terminate a term of supervised release in accordance with Fed. R. Crim. P. 32.1, after the expiration of one year of supervised release and consideration of the sentencing factors found at 18 U.S.C. § 3553, when such action is warranted by a defendant's conduct and the interests of justice. On review of the uncontested record demonstrating that Marrero has successfully complied with the modified terms of his supervised release [Doc. No. 182] and has taken additional strides to productively and lawfully engage in society, the court finds the purposes of sentencing and the ends of justice are best served by early termination. Accordingly, the court ALLOWS the Motion [Doc. No. 183] and hereby TERMINATES Marrero's supervision. No hearing is necessary because this relief is favorable to Marrero, does not extend the term of supervised release, and is unopposed by the government. Fed. R. Crim. P. 32.1(c)(2).

IT IS SO ORDERED.

December 12, 2022                               /s/ Indira Talwani
                                                United States District Judge